PER CURIAM.
AFFIRMED. Huff v. State, 566 So.2d 945 (Fla. 1st DCA, 1990); Florida Rule of Appellate Procedure 9.315. We certify the *1042 following question to the supreme court as one of great public importance:
DOES A DOUBLE JEOPARDY VIOLATION RESULT FROM THE IMPOSITION OF A PROBATIONARY SPLIT SENTENCE WHEN THE LEGISLATURE HAS NOT EXPLICITLY AUTHORIZED THAT DISPOSITION IN THE SENTENCING ALTERNATIVES FOR SECTION 921.087, FLORIDA STATUTES?
SHIVERS, C.J., JOANOS and ZEHMER, JJ., concur.